AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>GEORGE IAKOVOU<br><br>Defendant(s) | )<br>)<br>) Case No. 4:22 MJ 157<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 30 2020__ in the county of __Muscogee__ in the __Middle__ District of __Georgia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1343 | On or about November 30, 2020, in the Middle District of Georgia and elsewhere, defendant, GEORGE IAKOVOU, for the purpose of executing the scheme to defraud and obtaining money by fraudulent pretenses and representations, transmitted by means of wire communication in interstate commerce signals, writings, and communications, that is, sent an e-mail originating in New York to a recipient, referred to by the initials G.D., located in Georgia |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

s/ Joseph Andy Meeks
*Complainant's signature*

Joseph "Andy" Meeks, USSS Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.   @ 11:03 AM EDT

Date: 10/21/22

City and state: Columbus, GA

*Judge's signature*

Hon. Stephen Hyles, United States Magistrate Judge
*Printed name and title*