IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : CASE NO. 4:22-CR-028-CDL |
| | : |
| GEORGE IAKOVOU, | : |
| | : |
| **Defendant.** | : |
| | : |

## NOTICE OF DNA TESTING

Under 18 U.S.C. § 3600, any defendant who is serving a federal sentence can make a motion to the Court to have DNA testing done on any biological evidence in his/her case. In order to make such a motion, the defendant must state under penalty of perjury that he/she is not guilty, and then request that DNA testing be done on any biological evidence. Biological evidence is blood, hair, semen, saliva, skin tissue or other identified biological material.

If, after conviction, you request such a test, you must state, under penalty of perjury, that you are actually innocent. If DNA testing is performed based on your motion and the result shows that you are in fact guilty, then the government could petition the Court to have you held in contempt of court and ordered to pay the cost of the test or have your "good time" taken away by the prison system, or prosecuted for false assertions. If convicted of false assertions, the sentence is not less than three (3) years imprisonment which must follow the sentence that you are presently serving.

If you believe that there is biological evidence in your case which could be subject to DNA testing, you should discuss with your attorney and determine whether or not you wish to request such testing prior to trial.

Respectfully submitted, this 8th day of December 2022

                        PETER D. LEARY
                        UNITED STATES ATTORNEY

By:   */s/ Chris Williams*
       CHRISTOPHER WILLIAMS
       Assistant United States Attorney
       Georgia Bar No.  344049
       United States Attorney's Office
       Post Office Box 2568
       Columbus, GA 31902-2568
       Telephone: (706) 349-7700
       Facsimile: (706) 649-7667
       Christopher.Williams@usdoj.gov

## CERTIFICATE OF SERVICE

I, Chris Williams, Assistant United States Attorney, hereby certify that on December 8, 2022, I electronically filed the within and foregoing *Notice of DNA Testing* with the Clerk of the Court using the CM/ECF system which will send notification to the Court and all counsel of record.

This 8th day of December 2022.

                                      PETER D. LEARY
                                      UNITED STATES ATTORNEY

By:   */s/ Chris Williams*
        CHRISTOPHER WILLIAMS
        Assistant United States Attorney
        Georgia Bar No. 344049
        United States Attorney's Office
        Post Office Box 2568
        Columbus, GA 31902-2568
        Telephone: (706) 349-7700
        Facsimile: (706) 649-7667
        Christopher.Willaims@usdoj.gov