# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | Case No. 4:22-cr-0028-CDL-MSH |
| **GEORGE IAKOVOU-001** | |

## ORDER SETTING PRETRIAL CONFERENCE

The pretrial conference in this case will be held at the United States District Courthouse, located at 120 12th Street in Columbus, Georgia 31901, at **10:00am** on **Wednesday, February 22, 2023**. In case of a plea, counsel shall email notification of the plea, and a copy of the plea agreement if possible, to the courtroom deputy (geoffery_gunn@gamd.uscourts.gov) no later than three (3) business days prior to the pretrial conference. Counsel shall file motions to continue no later than five (5) business days prior to the pretrial conference.

The beginning trial date of this case will be determined at the pretrial conference following discussion with counsel and consideration of the Court's schedule.

All Defendants shall be present with counsel at the above scheduled proceedings and it is the responsibility of defense counsel to notify any defendant not in custody of the date, time, and location of court proceedings in the case.

1. Pretrial motions shall be filed no later than fourteen (14) days prior to the pretrial conference and any response briefs shall be filed within seven (7) days. Should an evidentiary hearing be necessary, counsel shall notify the courtroom deputy at least seven (7) days prior to the pretrial conference. For any contested motions, witnesses

should be present to testify and evidence should be available to present to the court.

2. Counsel shall file any proposed voir dire, requests to charge and verdict forms no later than seven (7) days prior to trial. Failure to timely file these proposed documents may result in waiver of the same.

3. Copies of juror questionnaires will be available electronically through CM/ECF one week prior to jury selection. It is the responsibility of each attorney to review these questionnaires prior to trial as the information contained therein will not be repeated during voir dire. Any questions regarding access to questionnaires should be directed to the Clerk's Office.

4. Defense counsel is responsible for notifying the courtroom deputy clerk by telephone or email WITHIN SEVEN (7) DAYS of the filing of this order if an interpreter is needed for the pretrial conference. Counsel is advised not to file motions for appointment of interpreters.

5. Counsel for the government and the defendant(s) are requested to email a proposed exhibit list and a proposed witness list to the courtroom deputy at geoffery_gunn@gamd.uscourts.gov no later than NOON the FRIDAY before the first day of trial. This request is for administrative purposes, and the Court will not disclose either party's list to the opposing party without permission from the party producing the list.

6. Electronic evidence files should be provided to the courtroom deputy no later than the first day of trial. Please refer to the court website http://www.gamd.uscourts.gov/technology for information regarding available courtroom technology and instructions on how to format and submit electronic

evidence, specifically the instructions concerning the Jury Evidence Recording System (JERS).  **PLEASE NOTE:**  The parties are hereby on notice that both paper copies and electronic versions of all admitted exhibits will go out with the jury during deliberations.  Additionally, the Court will take custody of each paper exhibit AS IT IS ADMITTED INTO EVIDENCE.

**SO ORDERED,** this January 23, 2023

                                              S/CLAY D. LAND
                                              CLAY D. LAND
                                              UNITED STATES DISTRICT JUDGE