IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGE IAKOVOU<br>    and<br>PENELOPE ZBRAVOS,<br>    Defendants | Case No.: 4:22-CR-00028-CDL |

## ORDER

The Government has moved to (1) declare the case complex; (2) extend deadlines in the Standard Pretrial Order; and (3) specially set the case for trial.

The indictment in this case was returned on November 9, 2022 (ECF No. 1), and the Defendants were arraigned on December 14, 2022 ( Zbravos, ECF No. 25) and January 18, 2023 ( Iakovou, ECF No. 35).

The Government now moves the Court to (1) declare the case complex; (2) extend the deadlines in the pretrial order, and (3) specially set the case for trial because of the voluminous discovery and the nature of the prosecution in the case. The Court agrees that the voluminous discovery and nature of the prosecution supports the parties' motion and justifies any delay in trial.

Pursuant to 18 U.S.C.§ 3161(h)(7)(B)(ii), the Court declares the case complex. Additionally, pursuant to 18 U.S.C.§ 3161(h)(7)(A), the Court finds the trial should be continued from the March 2023 trial term (**Iakovou**) and September 2023 trial term (**Zbravos**) to a specially set date to be determined by the Court, as dictated by the interests of justice. For the

reasons stated, this continuance outweighs the best interests of the public and the Defendants in a speedy trial.

Accordingly, the Motion is **GRANTED**. The Defendants' case is continued and the deadlines of the Standard Pretrial Order are extended. A pretrial status conference will be held at a later date to discuss the proposed scheduling order and other related matters in this case. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C.§ 3161 (h).

Today's findings should not be used as an excuse to delay the trial of this case indefinitely. The case will be set down for a pretrial conference in August to determine the status of the case and choose a trial date. The Court expects the parties to have substantially completed any discovery and document production by that time.

SO ORDERED, this **21st** day of **February, 2023**.

 S/ Clay D. Land
 CLAY D. LAND
 UNITED STATES DISTRICT JUDGE