IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 4:22-CR-00028-CDL |
| v. : | |
| : | |
| GEORGE IAKOVOU, : | |
| : | |
| Defendant. : | |
| _____ : | |

**MOTION FOR A PROTECTIVE ORDER GOVERNING DISCOVERY MATERIAL**

The United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, hereby moves, pursuant to Federal Rule of Criminal Procedure 16(d), for a protective order that limits the use and dissemination of discovery material and information in the above-captioned case.

The above-captioned Indictment alleges, *inter alia*, wire fraud, and engaging in a monetary transaction involving criminally derived proceeds. The discovery materials in the Government's possession include voluminous bank and financial records, and emails from individuals. Given the volume and nature of documents and files in the evidence, redaction of all of the personal information (i.e. bank account numbers, dates of birth, social security numbers, etc.) is impractical. Redacting all such information could also make defense's review of the discovery materials more difficult.

The purpose of this proposed order is not to limit the defense team from reviewing the discovery and, if necessary, using it to prepare for trial in the above-captioned case. Rather, this proposed order would simply restrict defense counsel from disseminating

any sensitive personal information (such as bank account numbers and any other private information contained in business records or emails) with the Defendant without them first being redacted. The proposed order would also prohibit persons outside of those necessary to prepare the defense from obtaining or reviewing those materials. This case involved cooperating sources. The Government has encountered situations where defendant have posted discovery materials online and on social media. Government further submits that doing so would put the safety and security of these cooperating person(s) at risk.

Thus, the Government hereby requests a protective order to balance the concerns discussed herein. The order would permit all uses of the evidence by the defense attorney for any purpose relating to their preparation for proceedings in this criminal case. However, to protect the personal information contained in the discovery materials, the proposed order ensures that no one else – other than the defense attorney, Defendant, and witnesses necessary to the preparation of the defense – obtain the discovery materials. The proposed order further provides that no member of the defense team would disseminate sensitive personal information (such as bank account numbers and any other private information contained in business records or emails) to the Defendant or necessary defense witness without redacting it first. The order further ensures that any sensitive personal information is redacted prior to its use in any public proceeding or filing.

The Government submits that a protective order is the most reasonable way of balancing the defense team's need for access to these materials with the privacy concerns

of the individuals and businesses associated with the records contained in the discovery materials. The requested protective order is therefore well within the Court's discretion to limit and regulate discovery under Federal Rule of Criminal Procedure 16(d).

The Government has provided a copy of this motion and the proposed order to counsel Michael Simpkins on behalf of Defendant George Iakovou who has stated he has no objection to the requested relief.

Accordingly, the Government respectfully requests that the Court grant this Motion and enter the Proposed Order attached hereto.

Respectfully submitted, this 2nd day of May 2023.

>                PETER D. LEARY
>                UNITED STATES ATTORNEY
>
> By:    */s/ Chris Williams*
>        CHRISTOPHER WILLIAMS
>        Assistant United States Attorney
>        Georgia Bar Number 344049
>        United States Attorney's Office
>        Middle District of Georgia
>        Post Office Box 2568
>        Columbus, Georgia 31902
>        Telephone: (706) 649-7700
>        Christopher.Williams@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Christopher Williams, Assistant United States Attorney, hereby certify that on the 2nd day of May 2023, I filed the within and foregoing *Motion for a Protective Order Governing Discovery Materials* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                PETER D. LEARY
                UNITED STATES ATTORNEY

hBy:  */s/ Chris Williams*
       CHRISTOPHER WILLIAMS
       Assistant United States Attorney
       Georgia Bar Number 344049
       United States Attorney's Office
       Middle District of Georgia
       Post Office Box 2568
       Columbus, Georgia 31902
       Telephone: (706) 649-7700
       Christopher.Williams@usdoj.gov