IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CASE NO. 4:22-CR-28 (CDL)** |
| : | |
| **GEORGE IAKOVOU** : | |
| : | |
| **Defendant** : | |
| : | |

**PRELIMINARY ORDER OF FORFEITURE/MONEY JUDGMENT**

WHEREAS, on August 8, 2023, Defendant George Iakovou (hereinafter "Iakovou" or "Defendant"), pled guilty to Count One of the Indictment charging him with Conspiracy to Commit Wire Fraud, in violation of Title 18, United States Code, Section 1349, in connection with Title 18, United States Code, Section 1343;

AND WHEREAS, the Indictment contained a Forfeiture Notice, pursuant to which the United States seeks forfeiture under Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), of any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense(s), or a conspiracy to commit such offense(s), including, but not limited to a personal money judgment in an amount to be determined;

AND WHEREAS, the Defendant plead guilty to a written Plea Agreement to Count One of the Indictment charging that Iakovou, and others, both known and unknown to the Grand Jury, did knowingly and willfully conspire and agree with each

other to commit wire fraud in violation of Title 18, United States Code, Section 1343 and 2, that is to devise, and intent to devise, a scheme and artifice to defraud victim-investors, and to obtain money and property by means of material false and fraudulent pretenses, representations, and promises, and to transmit and cause to be transmitted, and aid and abet the transmissions, by means of wire communications in interstate commerce, of writing, signs, signals, pictures, and sounds for the purpose of executing said scheme and artifice; all in violation of Title 18, United States Code, Section 1349;

AND WHEREAS, the United States has filed a Motion and Memorandum for the Issuance of a Preliminary Order of Forfeiture/Money Judgment against Iakovou in the amount of four million, two hundred ninety-two thousand, six hundred nineteen dollars, and five cents ($4,292,619.05), representing the proceeds of the violation, obtained directly or indirectly, as a result of such offense(s), with an offset already applied for the value of certain property forfeited in the related civil judicial forfeiture cases filed in the Middle District of Georgia, Civil Case Numbers: 4:21-CV-166 (CDL) and 4:21-CV-206 (CDL); and

AND WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment";

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

2

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 3554, and Rule 32.2(b), Federal Rules of Criminal Procedure, the Court finds by a preponderance of the evidence that the United States has demonstrated the required nexus between the personal money judgment amount and the offense(s) of conviction, and the Defendant shall forfeit to the United States the sum of four million, two hundred ninety-two thousand, six hundred nineteen dollars, and five cents ($4,292,619.05).

2. The United States District Court, Middle District of Georgia, shall retain jurisdiction in the case for the purpose of enforcing this Order of Forfeiture/Money Judgment.

3. Pursuant to FED. R. CRIM. P. 32.2(b)(4), this Order of Forfeiture/Money Judgment shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. As issued this date, this Order of Forfeiture/Money Judgment consists of a judgment for a sum of money. The United States may, at any time, move pursuant to FED. R. CRIM. P. 32.2(e), to amend this Order of Forfeiture/Money Judgment if the Government locates specific assets traceable to the offense(s) or other assets subject to forfeiture as substitute assets pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C.§ 2461(c), through 18 U.S.C. § 981(a)(1)(C).

SO ORDERED, this **19th** day of **October, 2023**.

                                                  S/Clay D. Land
                                              CLAY D. LAND, JUDGE
                                              UNITED STATES DISTRICT COURT
                                              MIDDLE DISTRICT OF GEORGIA